## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRIS CORREIA,<br>derivatively on behalf of FITBIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PARK, WILLIAM ZERELLA,<br>ERIC N. FRIEDMAN, JONATHAN D.<br>CALLAGHAN, STEVEN MURRAY,<br>and CHRISTOPHER PAISLEY,<br><br>Defendants,<br><br>and<br><br>FITBIT, INC.,<br><br>Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 17-108-RGA |

### JOINT STATUS UPDATE AND STIPULATION AND ORDER
### STAYING ACTION PENDING CHANCERY COURT RULING

Plaintiff Chris Correia ("Plaintiff"), Nominal Defendant Fitbit, Inc. ("Fitbit"), and Defendants James Park, William Zerella, Eric N. Friedman, Jonathan D. Callaghan, Steven Murray, and Christopher Paisley ("Individual Defendants" and together with Fitbit, "Defendants"), by and through their undersigned counsel, hereby submit this Stipulation and Order to stay this shareholder derivative action (the "Derivative Litigation") in light of the following:

WHEREAS, on February 2, 2017, Plaintiff filed his Verified Shareholder Derivative Complaint for Violations of Section 14(a) of the Securities Exchange Act of 1934, Breach of

Fiduciary Duties, Unjust Enrichment, Abuse of Control, Gross Mismanagement, and Waste of Corporate Assets (the "Derivative Complaint");

WHEREAS, Defendants have been served with the Derivative Complaint;

WHEREAS, none of the Defendants have yet filed a responsive pleading in the Derivative Litigation and reserve all rights to answer, move, or otherwise respond to the Derivative Complaint;

WHEREAS, the Derivative Complaint asserts claims against Defendants, each of whom was named as a defendant in an earlier-filed securities class action captioned *Robb v. Fitbit, Inc., et al.*, Case No. 3:16-cv-00151 (the "Federal Securities Class Action"), filed in the United States District Court for the Northern District of California (the "Northern District of California");

WHEREAS, on March 21, 2017, pursuant to stipulation, the Court stayed the Derivative Litigation pending resolution of the Federal Securities Class Action (D.I. 7) and administratively closed the Derivative Litigation (D.I. 8);

WHEREAS, on April 23, 2018, Judge Illston entered an Order and Final Judgment in the Federal Securities Class Action, granting final approval of a settlement entered into by and between the parties to the Federal Securities Class Action;

WHEREAS, related derivative actions, purportedly on behalf of Fitbit, are also pending in the Northern District of California and the Delaware Court of Chancery;

WHEREAS, on April 26, 2018, Defendants filed motions to dismiss the three related derivative actions consolidated in the Delaware Court of Chancery, captioned *In re Fitbit, Inc. Stockholder Derivative Litigation*, Consolidated C.A. No. 2017-0402-JRS (Del. Chan. June 21, 2017) (the "Chancery Court Action");

WHEREAS, on August 16, 2018, pursuant to stipulation, the Court stayed the Derivative Litigation pending a ruling on Defendants' motions to dismiss in the Chancery Court Action;

WHEREAS, on December 14, 2018, the Chancery Court issued a Memorandum Order denying Defendants' motions to dismiss;

WHEREAS, on January 30, 2019, the Delaware Supreme Court entered an Order refusing Fitbit's application for certification of an interlocutory appeal of the Chancery Court's December 14, 2018 Memorandum Opinion denying Defendants' motions to dismiss;

WHEREAS, the related consolidated derivative action pending in the Northern District of California and captioned *In re Fitbit, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06558-SI, has been administratively closed pending the conclusion of the proceedings in the Chancery Court Action; and

WHEREAS, in light of the similarities among the allegations in the Derivative Litigation and the allegations in the Chancery Court Action, the parties have reached an agreement that, to conserve party and judicial resources, all proceedings and deadlines in the Derivative Litigation shall continue to be stayed pending conclusion of the proceedings in the Chancery Court Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1. All proceedings shall be stayed, including the initial case management conference, and all deadlines deferred, pending conclusion of the proceedings in the Chancery Court action;

2. The Parties shall meet and confer within 30 days of the resolution of the Chancery Court Action regarding next steps in the Derivative Litigation and submit a joint status report to the Court thereafter.

3.     The Parties shall jointly file a joint status update 180 days from entry of this Order, and every 180 days thereafter; and

4.     By entering into this Stipulation, the parties' rights shall not be prejudiced in any way and the Parties do not waive and expressly reserve the right to assert any of their respective claims and defenses that they or any of them may have, including, but not limited to, laches and defenses as to forum, venue, or jurisdiction.

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Michael J. Farnan* | */s/ Anne Shea Gaza* |
| Brian E. Farnan (No. 4089) | Elena C. Norman (No. 4780) |
| Michael J. Farnan (No. 5165) | Anne Shea Gaza (No. 4093) |
| 919 N. Market Street, 12th Floor | Robert M. Vrana (No. 5666) |
| Wilmington, Delaware 19801 | 1000 North King Street |
| (302) 777-0300 | Rodney Square |
| *bfarnan@farnanlaw.com* | Wilmington, Delaware 19801 |
| *mfarnan@farnanlaw.com* | (302) 571-6600 |
| | *enorman@ycst.com* |
| *Attorneys for Plaintiff* | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| OF COUNSEL: | |
| | *Attorneys for Defendants* |
| THE BROWN LAW FIRM, P.C. | |
| Timothy W. Brown | OF COUNSEL: |
| 240 Townsend Square | |
| Oyster Bay, New York 11771 | MORRISON & FOERSTER LLP |
| (516) 922-5427 | Anna Erickson White |
| *tbrown@thebrownlawfirm.net* | Mark D. McPherson |
| | Ryan M. Keats |
| | 425 Market Street |
| | San Francisco, California 94105 |
| | (415) 268-7000 |
| | *awhite@mofo.com* |
| | *mmcpherson@mofo.com* |
| | *rkeats@mofo.com* |

Dated: May 16, 2019

**SO ORDERED THIS** 16 **DAY OF** May , **2019.**

**HON. RICHARD G. ANDREWS**
**UNITED STATES DISTRICT JUDGE**

5